```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 06-cr-73-PB

**Soreasey Soeur**


### O R D E R


    The defendant has moved to continue the June 6, 2006 trial in the above case, citing the need for additional time to prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 6, 2006 to July 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on June 28, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 30, 2006

cc: David H. Bownes, Esq.
    Mark Howard, AUSA
    United States Probation
    United States Marshal